**H. L. Cavender and William E. Kaiser, trading as Cavender & Kaiser, Plaintiffs in Error, v. William J. Fox, Defendant in Error.**

**Gen. No. 22,098.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed March 20, 1917.

## Statement of the Case.

Action by H. L. Cavender and William E. Kaiser, trading as Cavender & Kaiser, plaintiffs, against William J. Fox, defendant, for fraud and deceit. From a judgment for defendant on a directed verdict at the close of plaintiffs' case, plaintiffs bring error.

F. W. BALCOMB, for plaintiffs in error.

CHRISTOPHER KING, for defendant in error.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

ATTORNEY AND CLIENT—*what constitutes prima facie case of fraud in action by attorneys for services.* Where the plaintiffs' evidence was to the effect that the defendant had represented to them that he had seen all of the parties defendant in a certain case then pending and that all of said parties had agreed to have plaintiffs act for them as associate counsel in such case and to compensate them for such services, and that relying upon such representations plaintiffs had performed such services, and thereafter learned that defendant had no authority to engage them on behalf of said parties, and that such services were of a certain reasonable value, *held* that a prima facie case of fraud and deceit was made out and that the court erred in directing a verdict for the defendant.